**Dorsey & Whitney LLP**
2325 E. Camelback Rd., Ste. 300
Phoenix, Arizona 85016
TELEPHONE 602.735.2700

Gregory B. Collins, Esq. (#023158)
collins.greg@dorsey.com
Madison A. Burr, Esq. (#037079)
burr.madison@dorsey.com
Brittany Gilbertson (#032641)
gilbertson.brittany@dorsey.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Howard Holdings Inc., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Life Saver Pool Fence Systems, Inc., a Florida corporation; and Eric Lupton, an individual,<br><br>Defendants. | No. 2:23-cv-00503-DJH<br><br>**MOTION TO WTIHDRAWAL AS COUNSEL FOR DEFENDANTS** |

Pursuant LR 83.3(b), counsel for Defendants Life Saver Pool Fence Systems, Inc. and Eric Lupton (together, "Defendants"), Gregory B. Collins, Brittany M. Gilbertson, and Madison A. Burr, Dorsey & Whitney LLP, move the Court for withdrawal as counsel. Withdrawal is mandatory under E.R. 1.16(a)(3) because the undersigned counsel has been discharged by their client Life Saver. E.R. 1.16(a)(3) states: "Expect as stated in paragraph (c), a lawyer shall not represent a client or, where representation has commenced, shall withdraw from representation if: … (3) the lawyer is discharged." Accordingly, as a result of the termination of counsel by the client, it would violate the

1

Rules of Professional Conduct for undersigned counsel to continue with this representation.

Contact information for Defendants is below:

Eric Lupton
President
1085 SW 15th Ave. #E3
Delray Beach, Florida 33444

In compliance with L.R. 83.3, undersigned counsel certifies that the client has been notified in writing of the status of the case including the dates and times of any court hearings or trial settings, pending compliance with any existing court orders and the possibility of sanctions.

*s/ Greg Collins*

A proposed form of order is filed herewith.

RESPECTFULLY SUBMITTED this 5th day of March 2024.

DORSEY & WHITNEY LLP

By: */s/ Greg Collins*
Gregory B. Collins
Madison A. Burr
2325 E. Camelback Road, Suite 300
Phoenix, Arizona 85016
*Attorneys for Defendants*

4879-6056-2603\1