IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Howard Holdings Inc., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Life Saver Pool Fence Systems, Inc., a Florida corporation; and Eric Lupton, an individual,<br><br>Defendants. | No. 2:23-cv-00503-DJH<br><br>**ORDER GRANTING MOTION TO WTIHDRAWAL AS COUNSEL FOR DEFENDANTS** |

The Court, having reviewed the Motion for Withdrawal as Counsel for Defendants Life Saver Pool Fence Systems, Inc. and Eric Lupton, and good cause therefor,

Orders that Greg Collins, Brittany Gilbertson, and Madison Burr with the law firm Dorsey & Whitney, LLP are no longer counsel of record for Defendants.

The Court further orders that this matter is stayed until April 1, 2024, in order to allow Defendants to retain counsel. If new counsel for Life Saver Pool Fence Systems, Inc. fails to appear in this matter prior to April 1, 2024, the Court shall enter default against Life Saver Pool Fence Systems, Inc. on all claims and counterclaims in this matter.