| | |
|---|---|
| 1 | Michael B. Marion (Bar No. 035627) |
| | Matthew L. Bycer (Bar No. 025391) |
| 2 | **BYCER & MARION** |
| | 7220 N. 16th Street, Suite H |
| 3 | Phoenix, Arizona 85020 |
| | Tel: (602) 944-2277 |
| 4 | michael@bycermarion.com |
| | matt@bycermarion.com |
| 5 | *Attorneys for Howard Holdings, Inc* |

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Howard Holdings Inc., a California corporation, | No. 2:23-CV-00503-PHX-DJH |
| Plaintiff, | **JOINT REPORT ON SETTLEMENT TALKS AND NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY DEADLINES PENDING SETTLEMENT** |
| v. | |
| Life Saver Pool Fence Systems, Inc., a Florida corporation; and Eric Lupton, an individual, | |
| Defendants. | |

Pursuant to the Rule 16 Scheduling Order dated January 3, 2024 (Dkt. 45), the parties hereby file this Joint Report on Settlement Talks. The parties have reached a settlement in principle, and jointly move to respectfully request that the Court enter an order staying all case deadlines, effective June 7, 2024, for a period of twenty-one (21) days from that date to allow the parties to finalize their settlement agreement and file necessary dismissals with the Court.

For the reasons stated in this motion, the Parties request the Court stay all deadlines, including all briefing and all hearings, in this case.

//

//

RESPECTFULLY submitted this **7**th day of June 2024.

**BYCER & MARION**

By: /s/ Michael B. Marion
    Michael B. Marion (Bar No. 035627)
    Matthew L. Bycer (Bar No. 025391)
    7220 N. 16th Street, Suite H
    Phoenix, Arizona 85020
    Tel: (602) 944-2277
    michael@bycermarion.com
    matt@bycermarion.com
    *Attorneys for Plaintiff Howard Holdings, Inc.*

**QUARLES & BRADY, LLP**

By: /s/ Michael J. Curley (with permission)
    Michael Curley (Bar No. 025972)
    One South Church Avenue
    Suite 1800
    Tucson, Arizona 85701
    Tel: (520) 770-8768
    michael.curley@quales.com
    *Attorney for Defendants Life Saver Pool Fence Systems, Inc., and Eric Lupton*