# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Howard Holdings Inc., a California corporation,<br><br>          Plaintiff,<br><br>v.<br><br>Life Saver Pool Fence Systems, Inc., a Florida corporation; and Eric Lupton, an individual,<br><br>          Defendants. | No. 2:23-CV-00503-PHX-DJH<br><br>**[PROPOSED] ORDER** |

Before the Court is the parties' Joint Report on Settlement Talks and Notice of Settlement and Joint Motion to Stay Deadlines Pending Settlement (Doc. 62), in which the parties request an extension of all case deadlines, effective June 7, 2024. Finding good cause appearing, and that the requested extension would not otherwise delay this action, the parties' joint motion shall be granted.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' Joint Report on Settlement Talks and Notice of Settlement and Joint Motion to Stay Deadlines Pending Settlement (Doc. 62) is GRANTED.

1 **IT IS FURTHER ORDERED** that all case deadlines be extended twenty-one (21) days from June 7, 2024.

Dated this day _____ of _____ , 2024.

_____
Honorable Diane J. Humetewa
United States District Judge