Michael B. Marion (Bar No. 035627)
Matthew L. Bycer (Bar No. 025391)
**BYCER & MARION**
7220 N. 16th Street, Suite H
Phoenix, Arizona 85020
Tel: (602) 944-2277
michael@bycermarion.com
matt@bycermarion.com
*Attorneys for Howard Holdings, Inc*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Howard Holdings Inc., a California corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Life Saver Pool Fence Systems, Inc., a Florida corporation; and Eric Lupton, an individual,<br><br>　　　　Defendants. | No. 2:23-CV-00503-PHX-DJH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Howard Holdings, Inc. and Defendants Life Saver Pool Fence Systems, Inc. and Eric Lupton, by and through counsel undersigned, hereby stipulate to the dismissal with prejudice of all claims brought by all parties in the above-captioned cause of action. Each party will bear their own attorney's fees and costs.

RESPECTFULLY submitted this 1st day of July 2024.

| | |
|---|---|
| **BYCER & MARION**<br><br>By: /s/ *Michael B. Marion*<br>　　Michael B. Marion (Bar No. 035627)<br>　　Matthew L. Bycer (Bar No. 025391)<br>　　7220 N. 16th Street, Suite H<br>　　Phoenix, Arizona 85020<br>　　Tel: (602) 944-2277<br>　　michael@bycermarion.com<br>　　matt@bycermarion.com<br>　　*Attorneys for Plaintiff Howard Holdings, Inc.* | **QUARLES & BRADY, LLP**<br><br>By: /s/*Michael Curley (with permission)*<br>　　Michael Curley (Bar No. 025972)<br>　　One South Church Avenue<br>　　Suite 1800<br>　　Tucson, Arizona 85701<br>　　Tel: (520) 770-8768<br>　　michael.curley@quales.com<br>　　*Attorney for Defendants Life Saver Pool Fence Systems, Inc. and Eric Lupton* |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of July 2024, I electronically filed the foregoing Stipulation of Dismissal With Prejudice with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Michael J. Curley
QUARLES & BRADY LLP
One South Church Avenue
Suite 1800
Tucson, AZ 85701-1630
Michael.Curley@quarles.com
*Attorney for Life Saver Pool Fence Systems, Inc.*
*and Eric Lupton*

*/s/ Michael B. Marion*