# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Howard Holdings Inc., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Life Saver Pool Fence Systems, Inc., a Florida corporation; and Eric Lupton, an individual,<br><br>    Defendants. | No. 2:23-CV-00503-PHX-DJH<br><br>**[PROPOSED] ORDER** |

Upon consideration of the Parties' Stipulation of Dismissal With Prejudice (Dkt. 64), and all other papers and proceedings in this action, it is hereby

**ORDERED** that this case is dismissed with prejudice; and it is further

**ORDERED** that each Party shall bear its own costs and attorneys' fees.

Dated this day _____ of_____ , 2024.

_____
Honorable Diane J. Humetewa
United States District Judge