# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Howard Holdings Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>Life Saver Pool Fence Systems Incorporated, et al.,<br><br>Defendants. | No. CV-23-00503-PHX-DJH<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 64), filed on July 1, 2024,

**IT IS ORDERED** approving the Stipulation (Doc. 64) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 2nd day of July, 2024.

Honorable Diane J. Humetewa
United States District Judge